# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01457-LRH-GWF |
| vs. | ) **ORDER** |
| WEHATEGRINGOS.COM, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed August 26, 2010. Defendant filed their Answer (#6) September 15, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 21, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 10th day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge