SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEHATEGRINGOS.COM, an entity of unknown origin and nature; BRAD HILL, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01457-LRH-GWF<br><br>**AMENDED CERTIFICATE OF INTERESTED PARTIES** |

  Righthaven hereby corrects and amends its prior filing based on Judge Hunt's decision in *Righthaven v. Democratic Underground, et al.,* 2:10-cv-01356-RLH-GWF, but without any admission that the previously filed Certificate of Interested Parties intentionally failed to comply with, or otherwise disregard LR 7.1-1.

  In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

  1. Righthaven LLC, a Nevada limited-liability company;

  2. SI Content Monitor LLC, an Arkansas limited-liability company;

  3. Net Sortie Systems, LLC, a Nevada limited-liability company; and

4. Stephens Media LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this nineteenth day of June, 2011.

          SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

2